67 F.3d 291
 Robert E. Mates
v.
Occupational Safety and Health Administration, Matthew A.
Gilmartin, Regional Supervisor Investigator, Arthur M.
Johannes, Acting Supervisory Investigator, Thorne G.
Auchter, Former Assistant Secretary, John B. Miles, Jr.,
Director of Field Operations, George R. Salem, Solicitor of
Labor, Seth D. Zinman, Associate Solicitor for Legislation
and Legal Counsel, John A. Pendergrass, Patrick R. Tyson,
Former Acting Assistant Secretary, Gerald P. Reidy,
 NO. 95-5247
 United States Court of Appeals,
Third Circuit.
 Sept 19, 1995
 
 Appeal From: D.N.J., No. 92-cv-03977,
 Politan, J.
 
 
 1
 AFFIRMED.